IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. CIV-17-1234-SLP |
| HOTELMACHER, LLC, d/b/a HOLIDAY INN EXPRESS, et al, | ) ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

The parties have previously requested that the discovery deadlines in this case run parallel to the deadlines in *Casilao v. Hotelmacher LLC*, No. CIV-17-800 SLP and *Francis v. Apex USA, Inc.*, No. CIV- 18-583-SLP.  *See* Joint Status Report [Doc. No. 52], ¶ 8(F). However, the scheduling orders entered in the two referenced actions are specialized and the Court has entered deadlines as to the class-certification phase of the litigation only.

The Court finds, therefore, that the following deadlines govern this action, subject to any modifications that might be necessitated once the class certification rulings in the *Casilao* and *Francis* cases have been made:

| | |
|---|---|
| Motions to amend pleadings to be filed by | 5/18/2019 |
| Discovery to be completed by | 3/27/2020 |
| Dispositive motions to be filed by | 5/15/2020[1] |

---

[1] The Court recognizes, based on representations in the Joint Status Report, that certain issues may not be ripe prior to any final and non-appealable judgment or adjudication of issues in the *Casilao* and *Francis* actions.  *See* Joint Status Report, ¶ 14.  If the parties to this action anticipate the need to file more than one summary judgment motion, they can move for such relief at the appropriate

No other pretrial deadlines will be set at this time.

IT IS SO ORDERED this 18th day of April, 2019.

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

time. *See* LCvR 56.1(a).  Similarly, if an extension of the dispositive motion deadline is warranted, the parties can move for such relief at the appropriate time.